IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 62

| | |
|---|---|
| PARKER EXCAVATING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOMCO CONTRACTING, LLC; ) <br> JOMCO, INC.; HIGHLANDS AT ) <br> CULLOWHEE, LLC; WESLEY ) <br> SAMUEL OWENBY, JOSEPH ) <br> RILEY JOHNSON; and TRICIA ) <br> RUTH, ) <br> ) <br> Defendants. ) <br> _____) | ORDER |

This matter is before the Court following a review of the parties' supplemental filings regarding the citizenship of the parties (Docs. 29, 30).

The recent filings provide information with respect to the citizenship of the members of Defendant Highlands at Cullowhee, LLC. However, information regarding the members of Defendant JOMCO Contracting, LLC is still needed.

Accordingly, Defendants are **DIRECTED** to submit, within seven (7) days of the entry of this Order, a response similar to their previous supplemental filing (Doc. 29) that identifies the members of Defendant JOMCO Contracting, LLC.

Signed: November 12, 2019

W. Carleton Metcalf
United States Magistrate Judge