THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00062-MR

| | |
|---|---|
| PARKER EXCAVATING, INC., ) ) Plaintiff, ) ) vs. ) ) JOMCO CONTRACTING, LLC; ) JOMCO, INC.; HIGHLANDS AT ) CULLOWHEE, LLC; WESLEY ) SAMUEL OWENBY; JOSEPH RILEY ) JOHNSON; and TRICIA RUTH, ) ) Defendants. ) _____ ) | **AMENDED JUDGMENT** |

For the reasons set forth in the Memorandum of Decision and Order entered contemporaneously herewith,

**IT IS, THEREFORE, ORDERED** that the Plaintiff Parker Excavating, Inc.'s Motion for Default Judgment [Doc. 41] is **GRANTED**, and the Plaintiff is entitled to judgment against JOMCO, Inc. as follows:

(1) The Plaintiff's Motion is **GRANTED** as to the claim for breach of contract against JOMCO, Inc. The Plaintiff shall have and recover of JOMCO, Inc. a judgment of $151,953 for breach of contract and $18,284.32 in prejudgment interest from September 30, 2018 until the date of the entry of this Judgment, plus post-judgment interest.

(2) The Plaintiff's Motion is **DENIED** as to the alternative claims for quantum meruit and account stated against JOMCO, Inc.

(3) The Plaintiff's Motion is **DENIED** as to the request for attorney's fees.

**IT IS SO ORDERED.**

Signed: April 24, 2020

Martin Reidinger
United States District Judge